UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | ) | 1:07-CV-00190 LJO NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| v. | ) | [Doc. #6] |
| | ) | |
| DENNIS SMITH, Warden, | ) | ORDER GRANTING RESPONDENT'S |
| | ) | MOTION FOR STAY |
| Respondent. | ) | [Doc. #7] |
| | ) | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On February 28, 2007, the Magistrate Judge issued Findings and Recommendations that recommended the petition be GRANTED and Respondent be ORDERED to consider the appropriateness of transferring Petitioner to a residential re-entry center ("RRC") in light of the factors set forth in 18 U.S.C. §§ 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. The Magistrate Judge recommended Respondent be DIRECTED to make this determination within 14 days of the date of the Court's order.

1    The parties were granted thirty (30) days to file objections to the Findings and
2 Recommendation. Petitioner did not file objections. However, on March 26, 2007, Respondent filed
3 objections. Respondent disagrees with the Magistrate Judge's analysis and opposes granting the
4 petition. In addition, Respondent requests a stay should the Court adopt the Findings and
5 Recommendation and grant the petition.
6    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
7 *novo* review of the case.  Having carefully reviewed the entire file and having considered the
8 objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
9 supported by the record and proper analysis, and there is no need to modify the Findings and
10 Recommendations based on the points raised in the objections.
11    With respect to Respondent's request for stay, Respondent asks that the Order be stayed for
12 one year to give Respondent an opportunity to appeal the Order to the Ninth Circuit. Respondent
13 argues that a stay will not prejudice Petitioner because his projected release date is November 11,
14 2013. Respondent argues that regardless of the validity of the regulation at issue, Petitioner will not
15 be eligible for release until at least September of 2012.  Pursuant to Program Statement 7310.04 § 8,
16 "A final and specific release plan, including a decision as to [RRC] referral, is normally established
17 at a team meeting no later than 11 to 13 months before an inmate's projected release date."
18 Respondent's arguments for a stay are persuasive. Given Petitioner will not be released until 2012 at
19 the earliest under Program Statement 7310.04 § 8, a stay of one year is not unreasonable.

20                                    **ORDER**

21    Accordingly, IT IS HEREBY ORDERED that:
22    1. The Findings and Recommendation of February 28, 2007, is ADOPTED IN FULL;
23    2. Respondent's motion for stay of the Order is GRANTED;
24    3. Respondent is ORDERED to consider the appropriateness of transferring Petitioner to a
25 residential re-entry center ("RRC") in light of the factors set forth in 18 U.S.C. §§ 3621(b), not
26 excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy
27 promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment
28 to 28 C.F.R. § 570.21. Respondent is ordered to make this determination on or before April 10,

1  2008.

2        4. Respondent is ORDERED to notify the Court within thirty (30) days after the

3  determination has been made.

4  IT IS SO ORDERED.

5  **Dated:   April 11, 2007**                 **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE