# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ, ) | 1:07-CV-00190 LJO NEW (DLB) HC |
| Petitioner, ) | |
| ) | ORDER GRANTING CERTIFICATE OF APPEALABILITY |
| v. ) | |
| DENNIS SMITH, Warden, ) | |
| Respondent. ) | |

Petitioner is a federal prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 15, 2007, Respondent filed a notice of appeal of the April 12, 2007, order granting the petition for a writ of habeas corpus. The controlling statute in determining whether to issue a certificate of appealability is 28 U.S.C. § 2253, which provides as follows:

   (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.

   (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.

   (c)   (1) Unless a circuit justice or judge issues a certificate of appealability, an

appeal may not be taken to the court of appeals from–

 (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or

 (B) the final order in a proceeding under section 2255.

(2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.

(3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

If a court denies a petitioner's petition, the court may only issue a certificate of appealability "if jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-El, 123 S.Ct. at 1034; Slack v. McDaniel, 529 U.S. 473, 484 (2000).

In the present case, the Court finds that Respondent has made the required showing. Accordingly, the Court hereby GRANTS a certificate of appealability on the question of whether the Bureau of Prison's ("BOP") policy promulgated in December 2002 and the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21 contradict, rather than interpret, Congress's intent in enacting 18 U.S.C. §§ 3621(b) and 3624(c).

IT IS SO ORDERED.

**Dated:   May 24, 2007**          **/s/ Lawrence J. O'Neill**
              UNITED STATES DISTRICT JUDGE