# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DENNIS SMITH, Warden,<br><br>　　　　　　Respondent. | 1:07-CV-00190 LJO GSA HC<br><br>ORDER REQUIRING RESPONDENT TO SUBMIT NOTICE OF COMPLIANCE OR REQUEST TO CONTINUE STAY |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　On April 12, 2007, the District Court issued an order adopting the Findings and Recommendation in full, granting Respondent's motion for stay, and ordering Respondent to consider the appropriateness of transferring Petitioner to a residential re-entry center ("RRC") in light of the factors set forth in 18 U.S.C. § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. Respondent was ordered to make this determination on or before April 10, 2008.

1  The Court is aware that the matter is on appeal and currently pending before the Ninth
2 Circuit. However, the stay in this case expired on April 10, 2008. Accordingly, Respondent is
3 ORDERED to submit a notice of compliance with the Court's April 12, 2007, order or submit a
4 motion to continue the stay.

6  IT IS SO ORDERED.
7  Dated:   **July 24, 2008**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE