McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
Chief of Appeals
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | ) | 1:07-CV-0190 LJO DLB HC |
| | ) | |
| Petitioner, | ) | RESPONDENT'S REQUEST FOR A |
| | ) | FURTHER STAY PENDING A |
| v. | ) | FINAL DECISION IN |
| | ) | RODRIGUEZ v. SMITH, |
| DENNIS SMITH, Warden, | ) | C.A. NO. 07-16014 |
| | ) | AND [PROPOSED] ORDER |
| Respondent. | ) | |

On April 12, 2007, this Court granted respondent's request to stay its order requiring respondent to consider the appropriateness of transferring petitioner to a Residential Re-Entry Center ("RRC") so that respondent may pursue an appeal of the issues in this case.

On May 15, 2007, respondent filed a notice of appeal. Rodriguez v. Smith, C.A. No. 07-16014.

The appeal in this case has now been both briefed and argued. On March 11, 2008, the appeal was argued and submitted to a Ninth Circuit panel. As of the date of this filing, the Ninth Circuit has not yet reached a decision in the appeal.
///

1

1  The stay of the Court's order expired on April 10, 2008.
2  This Court has now ordered respondent to either comply with the
3  Court's April 12, 2007 order or submit a motion to continue the
4  stay.  Respondent requests that the Court continue the stay until
5  30 days after the issuance of the mandate in Rodriguez v. Smith,
6  C.A. 07-16014.  This will allow respondent time to consider
7  whether to request rehearing should the court of appeals affirm
8  the district court's order.
9  Counsel on appeal for Rodriguez, Stephen R. Sady, Chief
10 Deputy Federal Public Defender, has no opposition to this
11 request.

## CONCLUSION

For the foregoing reasons, respondent respectfully requests the Court continue the stay in this case until 30 days after the mandate has been issued in Rodriguez v. Smith, C.A. 07-16014.

DATED: August 7, 2008                McGREGOR W. SCOTT
                                     United States Attorney


                                     By:/s/ PHILLIP A. TALBERT
                                     PHILLIP A TALBERT
                                     Assistant U.S. Attorney
                                     Chief of Appeals


## O R D E R

IT IS HEREBY ORDERED that the original stay of the April 12, 2007 order be continued to 30 days after the issuance of the mandate in Rodriguez v. Smith, C.A. 07-16014.

IT IS SO ORDERED.

Dated:   **August 7, 2008**              **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE