UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | ) | 1:07-CV-00190 LJO GSA HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER LIFTING STAY |
| | ) | [Docs. #9, 21] |
| v. | ) | |
| | ) | ORDER ISSUING MANDATE |
| DENNIS SMITH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 12, 2007, the District Court issued an order adopting the Findings and Recommendation in full, granting Respondent's motion for stay, and ordering Respondent to consider the appropriateness of transferring Petitioner to a residential re-entry center ("RRC") in light of the factors set forth in 18 U.S.C. § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. Respondent was ordered to make this determination on or before April 10, 2008. The stay was continued on

August 8, 2008.

On September 4, 2008, the Ninth Circuit Court of Appeals issued its opinion affirming the District Court's decision granting the writ of habeas corpus. See Rodriguez v. Smith, Case No. 07-16014.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) The stay issued on April 12, 2007, is LIFTED;

2) Respondent is ORDERED to consider the appropriateness of transferring Petitioner to a residential re-entry center ("RRC") in light of the factors set forth in 18 U.S.C. § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21, promptly within fourteen (14) days of the date of service of this Order; and

3) Respondent is DIRECTED to file a notice of compliance within twenty (20) days of the date of service of this Order.

IT IS SO ORDERED.

**Dated:   September 15, 2008**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE