UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ, | 1:07-cv-00190 LJO GSA  (HC) |
|              Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S SEPTEMBER 15, 2008 ORDER |
|              v. | |
| DENNIS SMITH, | (DOCUMENT #24) |
|              Respondent. | |
|                                      / | (60) SIXTY DAY DEADLINE |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.  On September 26, 2008, Respondent filed a motion to extend time to comply with the Court's September 15, 2008 Order.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted sixty days from the date of service of this order in which to comply with the Court's September 15, 2008 Order.

    IT IS SO ORDERED.

    Dated:   **October 2, 2008**                /s/ **Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE