UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE RODRIGUEZ, | ) | 1:07-CV-00190 LJO GSA HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING MOTION FOR |
| v. | ) | APPOINTMENT OF COUNSEL |
| | ) | |
| | ) | [Doc. #26] |
| DENNIS SMITH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On October 6, 2008, Petitioner filed a request for appointment of counsel. Assistant Federal Defender David M. Porter of the Office of the Federal Defender has agreed to represent Petitioner with respect to this petition. Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court finds the interests of justice would be served by the appointment of counsel at the present time. Accordingly, Petitioner's request for appointment of counsel is GRANTED, and Assistant Federal Defender David M. Porter of the Office of the Federal Defender is hereby APPOINTED to represent Petitioner.

    IT IS SO ORDERED.

Dated: **October 14, 2008**      /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE