# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DENNIS SMITH, Warden,<br><br>　　　　　　Respondent. | 1:07-CV-00190 LJO GSA HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR FURTHER STAY OF PROCEEDINGS<br>[Doc. #29]<br><br>ORDER TERMINATING CASE<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

　　　　Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　On April 12, 2007, the undersigned issued an order adopting the Findings and Recommendation in full, granting Respondent's motion for stay, and ordering Respondent to consider the appropriateness of transferring Petitioner to a residential re-entry center ("RRC") in light of the factors set forth in 18 U.S.C. § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. Respondent was ordered to make this determination on or before April 10, 2008. The stay was continued on August 8, 2008.

　　　　On September 4, 2008, the Ninth Circuit Court of Appeals issued its opinion affirming the

District Court's decision granting the writ of habeas corpus. See Rodriguez v. Smith, 541 F.3d 1180 (9th Cir.2008).

On September 16, 2008, the undersigned lifted the stay issued on April 12, 2007, and ordered Respondent to comply with the order granting the petition within fourteen (14) days. On September 26, 2008, Respondent was granted a sixty (60) day extension to comply. On November 21, 2008, Petitioner requested a further stay of the proceedings pending the outcome of a disciplinary proceeding. Implicit in Petitioner's request is the assumption that should he be successful in overturning the disciplinary finding, he would be successful in his request for transfer to an RRC. On November 26, 2008, Respondent filed a notice of compliance. Respondent states that on November 25, 2008, BOP Case Manager Jacqueline Brown considered Petitioner's request for transfer to an RRC. According to Brown's declaration, the decision was conducted in accordance with the Ninth Circuit's decision in Rodriguez, and Petitioner was denied his request for transfer at that time. Inasmuch as Petitioner has been granted his request for an immediate assessment without reference to the BOP's policies found at 28 C.F.R. §§ 570.20 and 570.21, a further stay and additional proceedings are not necessary. In the event Petitioner is successful in challenging his disciplinary proceeding, he can then make application for transfer to an RRC at that time.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for further stay is DENIED;

2. The case is TERMINATED; and

3. The Clerk of Court is DIRECTED to enter judgment and close case.

IT IS SO ORDERED.

Dated:   **December 11, 2008**                         /s/ Lawrence J. O'Neill
                                                                          UNITED STATES DISTRICT JUDGE